1  CYNTHIA L. MELLEMA (State Bar No. 122798)
   JEFFRY BUTLER (State Bar No. 180936)
2  MICHELLE BRADLEY (State Bar No. 221323)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
4  Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
5
   Attorneys for Defendant
6  ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BIJAN KHOJASTEH, | No. CV 08 5743 MHP |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR / FAILURE TO PROSECUTE** |
| vs. | |
| ALLSTATE INSURANCE COMPANY and DOES 1 through 20, inclusive, | |
| Defendants. | |

At the April 6, 2009 case management conference, plaintiff Bijan Khojasteh represented to the Court that he was in the process of retaining new counsel. As a result, the Court ordered that the case management conference be rescheduled for April 20, 2009 at 3:00 p.m. Counsel for defendant Allstate Insurance Company appeared as scheduled. The Court and Allstate's counsel waited until 4:25 p.m. for plaintiff and/or his counsel to appear, but neither did.

IT IS HEREBY ORDERED that on May 18, 2009 at 3:00 p.m., in Courtroom 15, 18th Floor, of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, plaintiff must show cause for failing to appear at the April 20, 2009 case management conference and for failing to prosecute his claim.

1   If plaintiff fails to respond as directed, the Court ~~may~~ will dismiss his complaint and/or

2   punish him for contempt of the Court.

3   IT IS SO ORDERED.

6   Dated:  4/22        , 2009



IT IS SO ORDERED

Judge Marilyn H. Patel

Case No. CV 08 5743 MHP                    -2-                    [PROPOSED] ORDER TO SHOW
                                                                   CAUSE FOR FAILURE TO
                                                                   APPEAR/PROSECUTE