LARRY E. LULOFS (State Bar No. 88804)
MORTON, LULOFS & WOOD
180 Grand Ave., Suite 1500
Oakland, CA 94612
Telephone: (510) 444-5521
Facsimile: (510) 444-8263
Email:    lelulofs@mlwlaw.com

Attorneys for Plaintiff
BIJAN KHOJASTEH


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:    cmellema@sonnenschein.com
          jbutler@sonnenschein.com
          mbradley@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIJAN KHOJASTEH,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. CV 08 5743 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMOUNT IN CONTROVERSY**<br><br>\* AS AMENDED BY COURT |

The parties to this action stipulate as follows:

1.   Plaintiff Bijan Khojasteh has thoroughly investigated the basis for his damages claims against Allstate Insurance Company in this action. Based on this thorough investigation, plaintiff expressly waives all claims against Allstate in this action in excess of $75,000,

1  exclusive of costs.  In light of this waiver, the parties agree that this action does not seek
2  damages of any kind in excess of $75,000.
3     2.   The parties further agree, in view of the stipulation set forth in Paragraph 1, that
4  this case should be remanded to Marin County Superior Court for further proceedings under
5  Case No. CIV085639, pursuant to 28 U.S.C. section 1332.
6     3.   The parties further agree that they shall bear their own attorneys' fees and costs
7  associated with the removal and remand of this action.

IT IS SO STIPULATED.

Dated: April 24, 2009          MORTON, LULOFS & WOOD, LLP


                               By_____ */s/ LARRY E. LULOFS*_____
                                        LARRY E. LULOFS

                               Attorney for Plaintiff
                               BIJAN KHOJASTEH


Dated: April 24, 2009          SONNENSCHEIN NATH & ROSENTHAL LLP


                               By_____ */s/ JEFFRY BUTLER*_____
                                        JEFFRY BUTLER

                               Attorneys for Defendant
                               ALLSTATE INSURANCE COMPANY

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B), regarding signatures, I attest under penalty of perjury that I obtained Larry Lulofs' concurrence in the filing of this stipulation.


Dated:  April 24, 2009         By: _____ */s/ JEFFRY BUTLER*_____
                                        JEFFRY BUTLER

**ORDER**

The Court, having reviewed the parties' Stipulation Regarding Amount In Controversy, and good cause appearing therefor, hereby adopts the Stipulation and remands the case to the Superior Court. **The Clerk of Court shall transmit a certified copy of this order to the Clerk of the Superior Court for the County of Marin forthwith.**

It is so ORDERED:

Dated: April 30, 2009



_____
Hon. Marilyn H. Patel
United States District Court Judge

- 3 -

No. CV 08 5743 MHP                                    STIPULATION AND [PROPOSED] ORDER
                                                              RE AMOUNT IN CONTROVERSY